IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOY A. FORNOFF, | ) |
|                   Plaintiff, | ) Case No. 8:03cv525 |
| vs. | ) |
| ADVANCED BUILDING & COMPONENTS, INC., and JOHN DOES, | ) **ORDER** |
|                   Defendants. | ) |

On the Court's own motion, the final pretrial conference in this case will be rescheduled.

**IT IS ORDERED** that the final pretrial conference now scheduled for June 30, 2005 at 10:00 A.M., is continued to **July 7, 2005 at 3:30 p.m.** The conference will be held in the chambers of the undersigned magistrate judge, Room 2210, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 3rd day of June 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge