# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOY A. FORNOFF, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV525 |
| | ) | |
| v. | ) | |
| | ) | |
| ADVANCED BUILDING & | ) | ORDER |
| COMPONENTS, and JOHN DOES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On June 28, 2005, defense counsel notified the court that the parties had reached a settlement on all pending claims. Accordingly,

**IT IS ORDERED:**

1. On or before **August 1, 2005**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

3. The pretrial conference previously scheduled for **July 7, 2005** is canceled upon the representation that this case is settled.

**DATED June 28, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**