## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOY A. FORNOFF, | ) | CASE NO. 8:03CV525 |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| ADVANCED BUILDING & COMPONENTS, INC., | ) | |
| Defendant. | ) | |

This matter is before the Court on the Stipulation for Joint Motion for Dismissal with Prejudice (Filing No. 29). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). The Court, being fully advised in the premises, finds that dismissal is appropriate. Accordingly,

IT IS ORDERED:

1. The Stipulation for Joint Motion for Dismissal with Prejudice (Filing No. 29) is approved, and the requested relief is granted;

2. This action is dismissed with prejudice; and

3. Each party shall pay his or her own costs and attorney's fees unless otherwise agreed by and between the parties.

DATED this 8th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge